EASTERN DISTRICT OF VIRGINIA

# WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

**05 - 0390M - 01**

James E. Adams

CASE NUMBER: P137622

**FILED**

JUL 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **James E. Adams** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title 18 United States Code, Section(s) 3565

Amy Giannetti-Gillespie
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

June 21, 2005
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $No Recommendation       by       Theresa C. Buchanan
                                                U.S. Magistrate Judge

| Date Received 7-6-05 | Name and Title of Arresting Officer REPORTING SEAN M(?) SDUSM | Signature of Arresting Officer REPORTING *(signature)* |
|---|---|---|
| Date of Arrest 7-6-05 | | |

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA


JUN 2 0 2005
U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. James E. Adams     Docket No. P137622

Petition on Limited Probation    05-0390M-01

COMES NOW Kelly M. Bunce, PROBATION OFFICER ASSISTANT OF THE COURT, presenting an official report upon the conduct and attitude of James E. Adams, who was placed on limited supervision by the Honorable Theresa Carroll Buchanan sitting in the Court at Alexandria, Virginia, on the 21st day of October, 2004, who fixed the period of limited supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Commencing October 21, 2004, and continuing for a period of 1 year, the defendant shall not operate a motor vehicle except to and from work, or as an incident of employment, to and from mother's or wife's home, and to and from probation.

2. The defendant shall serve a period of 10 days incarceration immediately with credit for time served in the USMS custody. The defendant is remanded to the USMS custody.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No bond

ORDER OF COURT

Considered and ordered this 20 day of June, 2005 and ordered filed and made a part of the records in the above case.

United States Magistrate Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

TO CLERK'S OFFICE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-20-05

U.S. Probation Officer Assistant

Place Alexandria, Virginia